UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SOLOMON SEALS-ALI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:17-CV-2205 JCH |
| | ) | |
| FREDERICK PERKINS, et al., | ) | |
| | ) | |
| Defendants, | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff's motion to proceed in forma pauperis. Plaintiff, a prisoner, has filed at least three previous cases that were dismissed as frivolous, malicious, or for failure to state a claim.[1] Under 28 U.S.C. § 1915(g), therefore, the Court may not grant the motion unless plaintiff "is under imminent danger of serious physical injury."

After carefully reviewing the complaint, the Court finds no allegations that show plaintiff is in imminent danger of serious physical injury. As a result, the Court will deny the motion and dismiss this action without prejudice to refiling as a fully-paid complaint.

Accordingly,

---

[1] *Seales v. Groose*, No. 95-CV-4187-SOW (W.D. Mo.) ; *Seales v. Moorish Science Temple*, Case No. 95-CV-4246-SOW (W.D. Mo.); *Seales v. Groose*, No. 96-4053 (W.D.Mo.); *Seales v. Groose*, No. 96- 4232 (W.D.Mo.); *Seals v. Kemna*, 98-CV-6153- HFS (W.D. Mo.); *Seales v. Kemna*, Case No. 98-6157-HFS (W.D. Mo.).

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis [ECF No. 2] is **DENIED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice.

Dated this ___7th___ day of August, 2017.

\s\ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE